STATE OF NEW JERSEY v. ANGEL HERNANDEZ.

May 24, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. DAMIAN ESPINOSA.

May 24, 1985.

Petition for certification denied.

KENNETH BURKE v. CITY OF PATERSON.

May 24, 1985.

Petition for certification denied.

GEORGE HENRY v. WALTER SCIBEK.

May 24, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. CLARENCE SHIELDS.

May 24, 1985.

Petition for certification denied.